UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGRID BERGES,

                Plaintiff,

      -against-

LAFAYETTE DEVELOPMENT, LLC;
MAXWELL-KATES, INC.; MAXWELL-
KATES HOLDING, INC.; THE BOARD OF
DIRECTORS AT AURUM
CONDOMINIUM; MAX G. FREEDMAN;
AND ROBERT FREEDMAN,

              Defendants.

25-CV-10743 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

Plaintiff appears *pro se* and *in forma pauperis* ("IFP").  By Order dated March 16, 2026, the Court granted Plaintiff 60 days' leave to file an amended complaint.  (ECF No. 6.)  By letter dated May 14, 2026, Plaintiff requested an extension of time to file the amended complaint, asking for an additional 30 days to coordinate with the City Bar Justice Center's Pro Se Clinic. (ECF No. 8.)

The Court grants Plaintiff's request for an extension of time to comply with the March 16, 2026. Order.  Plaintiff must file her amended complaint within 30 days of the date of this Order.  If Plaintiff fails to comply within the time allowed, the action will be dismissed for failure to state a claim upon which relief may be granted, for the reasons stated in the March 16, 2026 Order.  No further extensions will be granted.

## CONCLUSION

The Court grants Plaintiff's request for an extension of time to file an amended complaint and directs Plaintiff to file her amended complaint within 30 days of the date of this Order.

No further extensions will be granted.  The action will be dismissed for failure to state a claim upon which relief may be granted if Plaintiff fails to comply within the time allowed.  An Amended Complaint form is attached to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 21, 2026
         New York, New York

/s/Kimba M. Wood
KIMBA M. WOOD
United States District Judge

2